UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60097-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JEFFREY SUTHERLAND,

      Defendant.
_____/

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises, and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows as follows with respect to forfeiture in this action as to defendant **JEFFREY SUTHERLAND** (hereinafter referred to as "defendant"):

1. In the Indictment in the above-styled case, the government sought forfeiture, pursuant to Title 21, United States Code, Section 853, of the defendant's interest in any property constituting or derived from any proceeds of the unlawful drug trafficking activity or which was used or intended to be used to facilitate such violation including the sum of approximately $5,224.00 in United States currency.

2. On May 30, 2008, the defendant pled guilty, pursuant to a written plea agreement (DE # 22), to Count 1 of the Indictment and the violation of Title 21, United States Code, Section 841, and agreed to forfeit to the United States all of his right, title and interest in the sum of approximately $5,324.00 in United States currency[1], as property constituting or derived from proceeds the defendant

---

[1] The amount of $5,324.00 is the actual amount seized and being held for forfeiture by the United States in this case.

obtained directly or indirectly as the result of such violation and/or as property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violation.

THEREFORE, in consideration of the Plea Agreement between the defendant and the United States, and upon motion of the United States and for good cause shown thereby, it is hereby:

**ORDERED** that:

1. All right, title and interest of defendant **JEFFREY SUTHERLAND in approximately $5,324.00 in United States currency** is hereby forfeited to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and/or (a)(2).

2. The United States Marshals Service, or any other duly authorized law enforcement official, as soon as practicable, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853(g).

3. The United States shall cause to be published, at least once, in a newspaper of general circulation, notice of this Order as required by Title 21, United States Code, Section 853(n)(1). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States also may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5.      The United States is further authorized, pursuant to Title 21, United States Code, Section 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

It is further **ORDERED**, pursuant to Fed. R. Crim. P. 32.2(b)(3), that this Order of Forfeiture shall be incorporated into the defendant's sentence and made a part of the judgment entered in this case with respect to the defendant.

It is further **ORDERED** that upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed. If no claims or petitions are filed within thirty (30) days of the final publication or receipt of actual notice, whichever is earlier, then, pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a final order of forfeiture, and the United States Marshals Service, or any other duly authorized law enforcement official, shall dispose of the property forfeited thereunder according to law.

**DONE AND ORDERED,** at Fort Lauderdale, Broward County, Florida this __17th__ day of  July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

cc:     AUSA Arimentha R. Walkins (2 certified copies)